IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JEFFREY WALDROP,                          )
                                          )
    Plaintiff,                        )
                                          )        CIVIL ACTION
v.                                        )
                                          )        FILE NO.: 3:13-cv-00204-TCB
GOLDEN COASTLINE                          )
LOGISTICS, MANUEL PONCE,                  )
Individually and d/b/a/ GOLDEN            )
COASTLINE LOGISTICS, and                  )
CAROLINA CASUALTY                         )
INSURANCE COMPANY,                        )
                                          )
    Defendants.                       )

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff hereby notifies the Court the above-captioned case has settled in principle, and the parties are finalizing settlement paperwork. Plaintiff anticipates filing a dismissal upon execution of all settlement documents in the near future.

The Court's certified questions in this case are still pending before the Supreme Court of Georgia.

This 11th day of April, 2016.

[Signature on the Following Page]

1

Respectfully submitted,

**LAW & MORAN**


/s/ Edward A. Piasta
Peter A. Law
Georgia Bar No. 439655
Edward A. Piasta
Georgia Bar No. 110161
Attorneys for Plaintiff

**LAW & MORAN**
563 Spring Street, NW
Atlanta, Georgia 30308
(404) 814-3700
(404) 842-7710 [fax]
Ed@lawmoran.com


## CERTIFICATION

Counsel certifies that this brief has been prepared with one of the font and

point selections approved by the Court in LR 5.1B, specifically 14-point, Times

New Roman font.


s/ Edward A. Piasta
Edward A. Piasta
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JEFFREY WALDROP,             )
                        )
    Plaintiff,            )
                        )    CIVIL ACTION
v.                       )
                        )    FILE NO.: 3:13-cv-00204-TCB
GOLDEN COASTLINE      )
LOGISTICS, MANUEL PONCE,  )
Individually and d/b/a/ GOLDEN  )
COASTLINE LOGISTICS, and    )
CAROLINA CASUALTY       )
INSURANCE COMPANY,      )
                        )
    Defendants.        )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

E.T. Fernandez, III
Fernandez Trial Lawyers, P.A.
8780-200 Perimeter Park Court
Jacksonville, Florida 32216

Kevin P. Branch
McMickle, Kurey, & Branch, LLP
200 South Main Street
Alpharetta, Georgie 30009

Kenneth M. Barre
Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060

Leah Ward Sears
John C. Amabile
Crystal L. Conway
Schriff Hardin LLP

One Atlanta Center, Suite 2300
1201 West Peachtree Street
Atlanta Georgia 30309

This 11th day of April, 2016.

Respectfully submitted,

**LAW & MORAN**


/s/ Edward A. Piasta
Edward A. Piasta
Georgia Bar No. 110161
Attorney for Plaintiff